DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BENJAMIN DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-378 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| BENJAMIN DIAZ, | Date: November 1, 2010 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, Benjamin Diaz, that the status conference now set for November 1, 2010 be vacated and the matter continued to December 13, 2010, at 10:00 a.m. to allow further time for defense investigation and preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded between November 1, 2010 and December 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code

1  T-2 (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A)
2  &(B)(iv), Local Code T-4 (time to prepare).
3  **IT IS SO STIPULATED.**

5  Dated:  October 29, 2010            /S/ Jill Thomas
                                       Jill Thomas
6                                      Assistant United States Attorney
                                       Counsel for Plaintiff

9  Dated:  October 29, 2010            /S/ Jeffrey L. Staniels
                                       Jeffrey L. Staniels
10                                     Assistant Federal Defender
                                       Counsel for Defendant
11                                     Benjamin Diaz

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  October 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order              -2-