BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00378-FCD |
| Plaintiff, | ) ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| BENJAMIN DIAZ, | ) ) | |
| Defendant. | ) ) | |

Based upon the entry of plea and stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Benjamin Diaz it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Benjamin Diaz's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a)  a .38 caliber, Smith and Wesson revolver (Serial Number BPV4308).

    2.  The above-listed property constitutes a firearm involved in or used in a knowing violation of 18 U.S.C. § 922(g)(9).

1                                   Preliminary Order of Forfeiture

1        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2   designee) shall be authorized to seize the above-listed property.
3   The aforementioned property shall be seized and held by the Bureau
4   of Alcohol, Tobacco, Firearms, and Explosives in its secure custody
5   and control.
6        4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21
7   U.S.C. § 853(n), and Local Rule 171, the United States shall publish
8   notice of the order of forfeiture.  Notice of this Order and notice
9   of the Attorney General's (or a designee's) intent to dispose of the
10  property in such manner as the Attorney General may direct shall be
11  posted for at least 30 consecutive days on the official internet
12  government forfeiture site www.forfeiture.gov.  The United States
13  may also, to the extent practicable, provide direct written notice
14  to any person known to have alleged an interest in the property that
15  is the subject of the order of forfeiture as a substitute for
16  published notice as to those persons so notified.
17          b.   This notice shall state that any person, other than
18  the defendant, asserting a legal interest in the above-listed
19  property, must file a petition with the Court within sixty (60) days
20  from the first day of publication of the Notice of Forfeiture posted
21  on the official government forfeiture site, or within thirty (30)
22  days from receipt of direct written notice, whichever is earlier.
23       5.   If a petition is timely filed, upon adjudication of all
24  third-party interests, if any, this Court will enter a Final Order
25  ///
26  ///
27  ///
28  ///

of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 4th day of March, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE