```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00378-FCD |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on March 4, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the entry of plea and Stipulation and Application for Preliminary Order of Forfeiture, entered into between plaintiff and defendant Benjamin Diaz forfeiting to the United States the following property:

   a)   a .38 caliber, Smith and Wesson revolver (Serial Number BPV4308).

   AND WHEREAS, beginning on March 9, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

1  advised all third parties of their right to petition the Court
2  within sixty (60) days from the first day of publication of the
3  notice for a hearing to adjudicate the validity of their alleged
4  legal interest in the forfeited property;

5       AND WHEREAS, the Court has been advised that no third party
6  has filed a claim to the subject property, and the time for any
7  person or entity to file a claim has expired.

8       Accordingly, it is hereby ORDERED and ADJUDGED:

9       1.  A Final Order of Forfeiture shall be entered forfeiting
10 to the United States of America all right, title, and interest in
11 the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and
12 28 U.S.C. § 2461(c), to be disposed of according to law,
13 including all right, title, and interest of Benjamin Diaz.

14      2.  All right, title, and interest in the above-listed
15 property shall vest solely in the name of the United States of
16 America.

17      3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives
18 shall maintain custody of and control over the subject property
19 until it is disposed of according to law.

20      SO ORDERED this 12th day of May, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE