1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   BENJAMIN DIAZ

7
            IN THE UNITED STATES DISTRICT COURT
8
           FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  2:10-cr-00378-KJM-1
                                       )
11            Plaintiff,               )  **STIPULATED REQUEST FOR AN ORDER**
                                       )  **STAYING ENFORCEMENT OF SPECIAL**
12  vs.                                )  **CONDITION OF SUPERVISED RELEASE**
                                       )  **PENDING A HEARING; ORDER**
13  BENJAMIN DIAZ,                     )
                                       )  Date:  July 5, 2017
14            Defendant.               )  Time:  9:00 A.M.
                                       )  Judge: Hon. Kimberly J. Mueller
15  _____   )

16       IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the parties, through

17  their respective counsel, Assistant United States Attorney Amy S. Hitchcock, Counsel for

18  Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Benjamin Diaz,

19  that the Court issue a stay of Mr. Diaz's condition of supervised release that he immediately

20  participate and complete an inpatient drug treatment program upon release from incarceration.

21  The parties request that an order be issued staying enforcement of that condition pending a

22  hearing on July 5, 2017.  United States Probation Officer Laura Weigel has been consulted and

23  stipulates to this request.  Mr. Diaz will file a motion to modify his conditions of supervised

24  release, requesting an outpatient program instead of an inpatient program.  It is anticipated at the

25  July 5, 2017 hearing, the government and probation will oppose Mr. Diaz's requested

26  modification.

27       On August 24, 2016, Mr. Diaz was sentenced to 11 months of imprisonment for violating

28

conditions of his supervised release.  (ECF No. 59.)  The Court also imposed a special condition that Mr. Diaz participate and complete a 90-day inpatient drug treatment program immediately upon release. (*Id.* at 3.)  Mr. Diaz was released from the Bureau of Prisons on June 13, 2017. Days prior to his release, Mr. Diaz contacted the Federal Defender's Office requesting counsel to file a modification of the condition requiring that he participate in an inpatient program.  Defense counsel ordered the transcripts from the sentencing hearing to assist in preparing the requested motion.  (ECF No. 60.)  The transcripts were received by defense counsel on June 26, 2017. (ECF No. 61.)  Defense counsel plans to file a motion for modification on Friday, June 30, 2017. All parties have agreed to a hearing date of July 5, 2017 on the anticipated motion.  The requested stay is necessary to allow Mr. Diaz time to make his motion prior to entering the inpatient program designated by the probation officer, which was ordered to occur "immediately upon release."  Mr. Diaz has secured employment and would like to proffer new facts for the Court's consideration in determining whether a modification to an outpatient drug treatment would be warranted.  Therefore, Mr. Diaz is requesting a stay on enforcing the condition that he participate in inpatient drug treatment until his matter can be heard.  Defense counsel has spoken with Assistant United States Attorney Amy Hitchcock and Probation Officer Laura Weigel, both of whom have indicated that although they agree with the request for a stay, they both anticipate opposing a modification at the scheduled hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 27, 2017                     /s/ Jerome Price
                                        JEROME PRICE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        BENJAMIN DIAZ


Date: June 27, 2017                     PHILLIP A. TALBERT
                                        United States Attorney

                                        Amy Schuller Hitchcock
                                        AMY SCHULLER HITCHCOCK
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation and GRANTS a stay of enforcement for the special condition of supervised release that requires the Defendant immediately to participate in an inpatient drug treatment program. The stay is granted pending a hearing on Defendant's motion for modification on July 5, 2017. All other conditions of supervised release remain in full force and effect.

DATED: June 28, 2017.

_____
UNITED STATES DISTRICT JUDGE